STATE OF NEW JERSEY v. HERBERT T. JONES.

March 19, 1984.

Petition for certification denied.

IN THE MATTER OF CITY OF LAMBERTVILLE AND
LAMBERTVILLE POLICEMEN'S ASSOCIATION.

March 19, 1984.

Petition for certification denied.

BOARD OF TRUSTEES OF BERGEN COMMUNITY COLLEGE v.
J.P. FYBE, INC., JOHN DELAGE, GAF CORPORATION, THE
UPJOHN COMPANY AND JOHN DOE, A FICTICIOUS NAME.

March 19, 1984.

Petition for certification denied.   (See 192 *N.J.Super.* 433)

STATE OF NEW JERSEY v. BARRY SCALES.

March 19, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. CHRISTOPHER EMANUEL.

March 19, 1984.

Petition for certification denied.